1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. C22-1293 MJP-SKV |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendant. | |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. No. 2), the Objections (Dkt. No. 3), and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice;

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable S. Kate Vaughan.

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated November 1, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2